Sealed
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
FILED

**UNITED STATES DISTRICT COURT**

*October 30, 2024*

**SOUTHERN DISTRICT OF TEXAS**

Nathan Ochsner, Clerk of Court

**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| v. § | **CR NO. 4:24-cr-554** |
|  | |
| 6. ~~Emilio Acosta~~ Emilio Gabriel Acosta (NC 05/30/2025) § | **FILED UNDER SEAL** |
| *Defendants* § | |

**INDICTMENT**

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**
**(Conspiracy to Possess with Intent to Distribute a Controlled Substance)**

From November of 2021 through the date of this Indictment, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,



~~Emilio Acosta~~, Emilio Gabriel Acosta

1



did knowingly and intentionally conspire and agree with each other and persons known and unknown to the Grand Jurors to possess with intent to distribute a controlled substance, to wit: 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A)(ii).

A TRUE BILL:

**Original Signature on File**
FOREMAN OF THE GRAND JURY

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

*Shelley J. Sullivan*
SHELLEY J. SULLIVAN
Assistant United States Attorney

*Jennifer Stabe*
JENNIFER STABE
Assistant United States Attorney